Appendix 1

| Name | Date of Hire/ Retire | Settlement |
|---|---:|---:|
|  |  |  |
| Matthew Davis | 10/14/2014 | 2590 |
| Thayne Telquist | 10/14/2014 | 2590 |
| Joshua Frech | 7/7/2015 | 1750 |
| Joseph Gladden | 3/16/2015 | 2100 |
| Freeman Nixon | 7/16/2015 | 1715 |
| Justin Cikity | 1/9/2015 | 2310 |
| Travis Stantz | 12/9/2014 | 2415 |
| Heath Underwood | 7/16/2015 | 1715 |
| Heather Swinehart | 12/9/2014 | 2415 |
| Christopher Brunk | Retired 6/5/2015 | 1645 |
| Michael Haines | 8/14/2013 | 3500 |
| Paul Webb | 8/14/2013 | 3500 |
| Ronald Barnes | 6/17/2014 | 2975 |
| Charles Hamilton | 8/14/2013 | 3500 |
| Jack Shay | 12/11/1995 | 3500 |
| Sherman Bond AKA JB Bond | 3/18/1991 Retired 4/1/2013 | 0 |
| Nolan Goodman | 7/27/2015 | 1680 |
| Paul Garneret | 1/28/2014 | 3430 |
| Marijan E. Grogoza | 6/25/1983 Retired 10/6/2013 | 0 |
| John Meyer | 1/28/2014 | 3430 |
| Ronald Packer | 2/14/1989 | 3500 |
| James Reed | 8/14/2013 | 3500 |
| Philip Messer | Separated 11/13/2015 | 0 |
| Total: |  | 53760 |