UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Matthew Davis et al.**, | Case No.  1:16cv2974 |
| Plaintiffs; | Magistrate Judge Kathleen B. Burke |
| v. | |
| **City of Mansfield, Ohio, et al.**, | |
| Defendants. | **Stipulated Order and Final Judgment** |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 15) ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement and Release Agreement ("Release") attached to the Joint Motion as Exhibit A.

Having reviewed the Settlement and Release Agreement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

1

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of all named Plaintiffs.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C, § 216(b).

3. The Court approves the Release, and orders that the Settlement be implemented according to the terms and conditions of the Release and as directed herein.

4. The Court dismisses the claims of Plaintiffs with prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

SO ORDERED:

Date: September 26, 2017

_____
Kathleen B. Burke
United States Magistrate Judge

SO STIPULATED:

s/Christopher L. Brown
Christopher L. Brown (0088139)
Law Director's Office
30 N. Diamond St.
Mansfield, Ohio 44902
Phone: (419) 755-9659
Fax: (419) 755-9697
E-mail: cbrown@ci.mansfield.oh.us

Attorney for Defendants

2

        s/Michael W. Piotrowski
        Michael W. Piotrowski (0063907)
        2721 Manchester Road
        Akron, Ohio 44319
        Phone: (330) 753-7080
        Fax: (330) 753-8955
        E-mail: ohiofoplawyer@me.com

        s/Gwen Callender
        Gwen Callender (0055237)
        222 East Town Street
        Columbus, Ohio 43215
        Phone: (614) 224-5700
        Fax: (614) 224-5775
        E-mail: gcallender@fopohio.org

        Attorneys for Plaintiffs